# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LISA R. FRIEDLEY AND ROBERT
J. FRIEDLEY

NO.  2020 CW 0327

VERSUS

PAUL V. PULIDO, GUNITE
EXPRESS, AND GENERAL STAR
INDEMNITY COMPANY

MAY 26, 2020

In Re:    Continental   Insurance   Company,   applying   for
supervisory   writs,   23rd   Judicial   District   Court,
Parish of Ascension, No. 120260.

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT NOT CONSIDERED.**  The writ application fails to comply with Rule 4-5(C) of the Uniform Rules of Louisiana Courts of Appeal.  Supplementation of this writ application and/or an application for rehearing will not be considered.  Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.  In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before June 26, 2020, and must contain a copy of this ruling.

**PMc**
**JEW**

**Holdridge, J.,** dissents and would deny the writ.  The judgment at issue only determines that the defendant, Raul Pulido, is "at fault in causing the accident of October 24, 2016 with Plaintiff Lisa Friedley."  It does not include a finding that Lisa Friedley was free from fault.  Therefore, the jury must allocate at least some fault on the defendant, Raul Pulido. However, the jury is also free to allocate fault as to Lisa Friedley in accordance with La. Civ. Code art. 2323, and her name must appear on the jury verdict form in accordance with La. Code Civ. P. art. 966(G) because there was no finding by the trial court that Lisa Friedley was not at fault.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT